THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HELLMAN'S SMOKED FISH CORPORATION, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOSEPH SHIMEL, Appellant, v. SOL LIEBOWITZ, Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN F. McCARTHY, Appellant, v. ALBERT FLEGENHEIMER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of ADOLPH VIETOR, Doing Business as FRED'K PROBST & COMPANY, Assignor, to WILLIAM C. RUTH, as Substituted Assignee, Appellant. ERNEST G. VIETOR, Appellant; MARIE-LOUISE STURSBERG, as Executrix of ADOLPH VIETOR, Deceased, Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 835.]

SPEAR & CO., INC., Respondent, v. ELETO BUILDING CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 835.]

TRUBON PRODUCTS CORPORATION et al., Respondents, v. BON PRODUCTS CORPORATION et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to serve an amended answer within ten days after service of order on payment of said costs, and the $10 costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

CHARLES TRESHMAN, Appellant, v. REPUBLICAN PUBLISHING COMPANY, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

379 MADISON AVENUE, INC., et al., Respondents, v. DORE BLOOM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Callahan, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS WEXLER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX KATZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLF REIMER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

MABEL A. BAILEY, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to